**Anthony Jerome COOPER, Petitioner,**

v.

**STATE of Florida, Respondent.**

**No. 1D16–2818.**

District Court of Appeal of Florida, First District.

Oct. 13, 2016.

Rehearing Denied Nov. 21, 2016.

Anthony Jerome Cooper, pro se, Petitioner.

Pamela Jo Bondi, Attorney General, and Trisha Meggs Pate, Bureau Chief, Tallahassee, for Respondent.

PER CURIAM.

Because it is apparent that the trial court has accepted and considered petitioner's Motion for Nonhomicide Sentence Review, the petition for writ of mandamus is dismissed as moot.

LEWIS, WETHERELL, and RAY, JJ., concur.